JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Fruglobe S.A.C., a Peruvian private closed corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>Eco Farms Trading Operations, LLC, a California limited liability company,<br><br>　　　　Defendant. | CV 5:21-01628-JGB (SHKx) |

## ORDER OF DISMISSAL

The Court approves the parties' Stipulation for Dismissal with Prejudice and dismisses this entire action, including all claims and defenses, with prejudice. Each party is responsible for its own attorneys' fees and costs associated with this lawsuit.

Dated: June 13, 2023

_____
Jesus G. Bernal, U.S. District Judge